# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **MARY ELISABETH OREGEL** | § | |
| | § | |
| **V.** | § | **Case No.   1:06-CV-662** |
| | § | |
| **TEXAS ROADHOUSE PORT ARTHUR** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to General Order 05-07.  The court has received and considered the report of the United States magistrate judge, who recommends that the court deny plaintiff's petition to proceed *in forma pauperis*.  No objection has been filed by plaintiff.  It is therefore

**ORDERED** that the magistrate judge's report is hereby **ADOPTED** and Plaintiff's motion to proceed *in forma pauperis* (Docket No. 2) is **DENIED**.  It is further

**ORDERED** that plaintiff, in order to prevent dismissal of this action, shall pay the required filing and service fee of $350 on or before February 2, 2007.

So **ORDERED** and **SIGNED** this **19** day of **December, 2006.**

_____

Ron Clark, United States District Judge