**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MARY ELISABETH OREGEL** | § | |
| | § | |
| **V.** | § | Case No. 1:06-CV-662 |
| | § | |
| **TEXAS ROADHOUSE PORT ARTHUR** | § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to General Order 05-07. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss plaintiff's complaint without prejudice for failure to pay the filing fee and failure to prosecute her claim. It is

**ORDERED** that the magistrate judge's report is hereby **ADOPTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **25** day of **April, 2007.**

_____
Ron Clark, United States District Judge